IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 13-cv-02409-PAB

RE/MAX, LLC,

    Plaintiff,

v.

RESULTS REALTY OF SOUTHWEST FLORIDA, INC., f/k/a Results Realty of Collier County, Inc., f/k/a 847 Realty Services, Inc., and
MICHAEL A. VALE,

    Defendants.

## ORDER OF RECUSAL

This matter is before me on review of the file. One of my sisters is a partner at the law firm of Holland & Hart, counsel for plaintiff. For this reason, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

DATED September 6, 2013.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge