IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 13-cv-02409-RPM-CBS          Date: December 17, 2014
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

*Parties:*                                                    *Counsel:*

RE/MAX, LLC,                                            Andrea Anderson
                                                                    Emily Cooper
                                                                    Nadya Davis

Plaintiff,

v.

MICHAEL A. VALE,                                   *Pro se*

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 02:31 p.m.**
Court calls case. Appearances of counsel.

The Plaintiff filed MOTION [15] for Default Judgment as to Defendants. The Plaintiff also filed NOTICE [22] of Voluntary Dismissal of Results Realty of Southwest Florida Inc. and has come to a resolution with Mr. Vale.

**ORDERED:** In light of the Notice of Voluntary Dismissal and the resolution with Mr. Vale, MOTION [15] for Default Judgment as to Defendants is **WITHDRAWN.**

The Court will await a ruling on MOTION [24] for Judgment.

Hearing Concluded.

**Court in recess: 02:37 p.m.**
Time in court: 00:06

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.